IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02361-MEH

TYLER HOOG,

      Plaintiff,

v.

CHRYSLER GROUP, LLC,

      Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 19, 2014.**

      The Joint Stipulated Motion for Entry of Agreed Sharing Protective Order [filed November 17, 2014; docket #30] is **denied without prejudice**, and the proposed Stipulated Protective Order is refused.  The Court will not retain jurisdiction after the case is closed, as set forth in paragraph 16.

      If the Plaintiff chooses to re-file his motion, he shall provide to this Court a copy of the proposed protective order in useable format (Word, Word Perfect) by email (hegarty_chambers@cod.uscourts.gov).