IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02361-WJM-MEH

TYLER HOOG,

    Plaintiff,

v.

CHRYSLER GROUP, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 20, 2014.**

    The [Revised] Joint Stipulated Motion for Entry of Agreed Sharing Protective Order [filed November 19, 2014; docket #33] is **granted**.  The proposed Protective Order is accepted and filed contemporaneously with this minute order.